

# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STEVEN ERIC HOARD, Appellant

No. 05-92-01926-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 3 of Dallas County, Texas. (Tr.Ct.No. F91-68588-RJ).
Opinion delivered per curiam before Justices Chapman, Morris, and Hankinson.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered February 14, 1997.


DEBORAH G. HANKINSON
JUSTICE

**Affirmed and Opinion Filed February 14, 1997**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-92-01926-CR

---

### STEVEN ERIC HOARD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F91-68588-RJ**

---

## OPINION PER CURIAM

Before Justices Chapman, Morris, and Hankinson

Steven Eric Hoard appeals his conviction for burglary of a vehicle. On October 25, 1991, appellant entered a plea bargain agreement. Pursuant to the agreement, appellant pleaded guilty, and the trial court deferred adjudicating appellant's guilt, placed appellant on two years probation, and fined appellant $300. In June 1992, the Stated filed a "Motion to Proceed with an Adjudication of.Guilt." On July 8, 1992, appellant entered an open plea of true. The trial court sentenced appellant to ten years confinement.

In appellant's September 25, 1996 "Second Amended Brief on Appeal," he argues in a single point of error that he was denied a complete statement of facts on appeal. At the time appellant filed his "Second Amended Brief on Appeal," the statement of facts from the July 8, 1992 hearing on the State's motion to adjudicate guilt had been filed; however, the statement of facts from the October 25, 1991 hearing on appellant's original plea had not. We conclude that appellant was complaining about the absence of the statement of facts from the October 25, 1991 hearing.

After appellant filed his brief, the statement of facts from the October 25, 1991 hearing was filed in this Court on December 4, 1996. In a December 10, 1996 order, we informed appellant that the statement of facts from the October 25, 1991 hearing on his original plea had been filed and that the record now appeared to be complete. We ordered appellant to file by January 9, 1997 an amended brief based upon the complete record. We expressly warned appellant that no extensions would be granted absent extraordinary circumstances and informed him that if he did not file an amended brief within the allotted time, the Court would submit his appeal on the basis of his September 25, 1996 brief. Appellant did not file by January 9, 1997 an amended brief or a motion to extend time to file an amended brief. As of the date of this opinion, appellant still has not filed an amended brief or a motion to extend time to file an amended brief.

This cause is therefore submitted on the brief filed September 25, 1996. Because our record contains what appears to be a complete statement of facts, appellant's complaint has no merit. We overrule his point of error.

We affirm the trial court's judgment.

PER CURIAM

Do Not Publish
Tex. R. App. P. 90
921926F.U05